NEWMAN, Circuit Judge,
concurring.
In view of the discretionary weight that must be given to a district court’s decision with respect to whether to grant a plaintiffs request for relief pendente lite, I concur in the court’s affirmance of the district court’s denial of the injunction. Although the evidence presented to the district court does not, in my view, establish invalidity of the patent on the pharmaceutical product pantoprazole, see, Gonzales v. O Centro Espirita Beneficente Uniao do Vegetal, 546 U.S. 418, 429, 126 S.Ct. 1211, 163 L.Ed.2d 1017 (2006) (“the burdens at the preliminary injunction stage track the burdens at trial.”) at this preliminary stage deference is warranted to the district court’s weighing of the conflicting expert opinions interpreting the evidence. On this basis, I concur in sustaining this discretionary action.